# EXHIBIT 1

NORTHERN VIRGINIA          *      IN THE
RESTORATION CORP.
14263 Lindendale Road      *      SUPERIOR COURT
Woodbridge, VA 22193
                           *      FOR THE

     Plaintiff           *      DISTRICT OF COLUMIBA

VS.                        *

COMPASS COFFEE, LLC        *      CIVIL ACTION NO.:
1535 7th Street, NW
Washington, DC 20001       *

    SERVE: Michel Haft, Res. Agent   *
    1535 7th Street, NW
    Washington, DC 20001              *

    Defendant
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## COMPLAINT

    NORTHERN VIRGINIA RESTORATION CORP., Plaintiff, by Kind & Dashoff, LLC and Richard M. Kind, its attorneys, sues for money payable by the Defendant, COMPASS COFFEE, LLC, to the Plaintiff.

1.     That jurisdiction is vested in D.C. Code 11-921 1983 Ed. Suppl. IV.

2.     For services rendered by Plaintiff to the Defendant at the Defendant's request.

3.     That Plaintiff provided construction services to Defendant.

4.     And for money found to be due from the Defendant to the Plaintiff on accounts stated between them.

5.     That attached hereto as Exhibit A is a statement of account, indicating the amount of **$135,104.76** which is due by the Defendant; however, it failed or refused to pay and the account is due, payable and past due.

6.     Plaintiff incorporates the facts and allegations as set forth in paragraphs 1 through 5 as if fully set forth herein.

7.     Plaintiff supplied goods/labor/services and material to the Defendant for which a

principal amount of **$135,104.76** is due and owing.

8.      The goods/labor/services and material supplied to the Defendant had a value of

**$135,104.76**.

9.      Goods/labor/services and material were supplied to the Defendant with the expectation that Plaintiff would be paid valuable consideration for said goods/labor/services and material.

10.     Defendant knew it would have to pay said consideration and accepted the benefit of said goods/labor/services and material with that knowledge.

11.     Defendant failed to pay for the full value of the goods/labor/services and material supplied.

12.     That attached hereto is a copy of a webpage from the Department of Corporations and Regulatory Affairs setting forth that Compass Coffee, LLC is a valid Delaware corporation doing business in the District of Columbia.

13.     That the debt owed to the Plaintiff by the Defendant became due on April 15, 2019. Therefore, Plaintiff is claiming pre-judgment interest at the legal rate of 6% from the date due of April 15, 2019 thru date of filing, November 5, 2019, pursuant to D.C. Code §28-3302(a) for a total of 205 days at $22.21 per diem for a total of $4,553.05.

WHEREFORE, the Plaintiff requests judgment in the amount of **$135,104.76**, pre-judgment interest of **$4,553.05**, plus costs of this action along with post-judgment interest from date of judgment at the prevailing rate of interest.

KIND & DASHOFF, LLC

Richard M. Kind    964312
One Church Lane
Baltimore, MD  21208-3709
Attorney for Plaintiff
(410) 486-0808

| | | |
|---|---|---|
| NORTHERN VIRGINIA RESTORATION CORP. 14263 Lindendale Road Woodbridge, VA 22193 | * | IN THE |
| | * | SUPERIOR COURT |
| | * | FOR THE |
| Plaintiff | * | DISTRICT OF COLUMIBA |
| VS. | * | |
| COMPASS COFFEE, LLC 1535 7ᵗʰ Street, NW Washington, DC 20001 | * | CIVIL ACTION NO.: |
| | * | |
| SERVE: Michel Haft, Res. Agent 1535 7ᵗʰ Street, NW Washington, DC 20001 | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION

STATE OF MARYLAND, COUNTY OF BALTIMORE:

RICHARD M. KIND, attorney for NORTHERN VIRGINIA RESTORATION CORP., being first duly sworn on oath, says the foregoing are just and true statements of the amount owing by the Defendant to the Plaintiff, exclusive of all setoffs and just grounds of defense. That I have authority to make the above statement on behalf of Plaintiff, and that there is justly due and owing the amount of **$135,104.76**, pre-judgment interest of **$4,553.05**, plus costs of this action along with post-judgment interest from date of judgment at the prevailing rate of interest.

KIND & DASHOFF, LLC

Richard M. Kind    964312
One Church Lane
Baltimore, MD  21208-3709
Attorney for Plaintiff
(410) 486-0808

STATE OF MARYLAND

COUNTY OF BALTIMORE, to wit:

I HEREBY CERTIFY, that on this 5th day of November, 2019, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared RICHARD M. KIND, and made oath in due form of law that the matters and facts set forth in the foregoing Complaint are true and correct to the best of his information, knowledge and belief.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix my seal the day and year first above written.

_____
Notary Public
Lorette Lynn Crown

My commission expires:  May 24, 2020



# Department of Consumer and Regulatory Affairs

ome                                                                     Edit Account | Log Ou

## Compass Coffee LLC - Initial File Number: L00005027969

| Main | Reports | Trade Names | Governors |

**Entity Info**

| | |
|---|---|
| Business Name | Compass Coffee |
| Suffix | LLC |
| Registration / Effective Date | 8/23/2014 |
| Commencement Date | 8/23/2014 |
| Entity Status | Active |
| Foreign Name | Compass Coffee, LLC |
| Date of Organization | 11/21/2013 |
| State | Delaware |
| Country | USA |

**Business Address**

| | |
|---|---|
| Line1 | 1535 7th Street |
| Line2 | |

| City | Washington | State | District of Columbia | Zip | 20001 |

**Agent**

| | |
|---|---|
| Is non-commercial Registered Agent? | Yes |
| Name | Michael Haft |

**Address**

| | |
|---|---|
| Line1 | 1535 7th Street |
| Line2 | |

| City | Washington | State | District of Columbia | Zip | 20001 |

| Email | michael@compasscoffee.com |

Return to Home

**NORTHERN VIRGINIA RESTORATION CORP**
14263 Lindendale Road
Woodbridge, VA 22193

## STATEMENT OF ACCOUNT

COMPASS COFFEE, LLC
1535 7th Street, NW
Washington, DC 20001

| **DATE** | **INVOICE NUMBER** | **AMOUNT DUE** |
|---|---|---|
| 11/25/17 | Invoice No.: 251 | $15,676.76 |
| 2/4/18 | Invoice No.: 268 | $ 5,280.00 |
| 2/17/18 | Invoice No.: 269 | $36,180.00 |
| 4/22/18 | Invoice No.: 282 | $ 6,028.00 |
| 9/15/18 | Invoice No.: 311 | $62,700.00 |
| 4/15/19 | Invoice No.: 280 | $ 1,980.00 |
| 4/15/19 | Invoice No.: 281 | $ 7,260.00 |

**TOTAL AMOUNT DUE:**     **$135,104.76**

RE:    Northern Virginia Restoration Corp.
VS:    Compass Coffee, LLC

## INTEREST STATEMENT

Interest claimed on unpaid balance of **$135,104.76**

Interest Rate is 6% per annum per D.C. Code §28-3302(a)

Interest claimed from 4-15-19 through 11-5-19

Interest accrues at the rate of $22.21 per diem


205 days X $22.21 = **$4,553.05 Interest Claimed**

# Northern Virginia Restoration...

14263 Lindendale Rd
Woodbridge VA 22193





| Bill To: |
|---|
| Compass coffe |
| 1401 14th St. Nw Washington,DC |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 11/25/17 | 251 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | Mezzanine Concrete 1401 Okie Street NE Washington DC | | | |
| | ivy City concrete final invoice | | | |
| | set a #4 rebar for a 6'' concrete cantilevered edge per | | | |
| | sructural drawings | | | |
| | pour 2'' lightweight concrete over compositive metal deck | | | |
| | pour concrete stairs treads and landing per structural | | | |
| | drawings | | | |
| total | total for this job including labor and material | | 35,629.00 | 14,251.60 |
| profit | NVRC 10% profit | | 3,562.90 | 1,425.16 |
| | | | | |
| | NVRC to ptovide all necessary labor,concrete pump and | | | |
| | material to complete this project | | | |
| | | | **Total** | **$15,676.76** |

# Northern Virginia Restoration...

14263 Lindendale Rd
Woodbridge VA 22193



**Bill To:**

Compass coffe
201 Wilson Blvd
Arlington VA 22209



| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 02/04/18 | 268 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | Central place mezzanine extra columns | | | |
| steel | add a 4''x4'' steel columns and 3''x3'' brace frame | 1 | 4,800.00 | 4,800.00 |
| profit | NVRC profit 10% | 1 | 480.00 | 480.00 |
| | | | **Total** | **$5,280.00** |

**Northern Virginia Resoration Corp.**
14263 Lindendale Rd.
Woodbridge, VA 22193
571-233-5933
Raulnvrc@gmail.com



**NVRC**

**NVRConstruction**

# Invoice

**BILL TO**
Compass Coffee
1401 14th St.
NW Washington DC.

**INVOICE #** 269
**DATE** 02/17/2018
**DUE DATE** 02/17/2018
**TERMS** Due on receipt

| DESCRIPTION | QTY | COST | AMOUNT |
|---|---|---|---|
| Compass Coffee central place Mezzanine Final Invoice | | | |
| Original contract $135,000 NVRC recieved 50% $67,500 down payment | | | |
| **Remaining Payment**<br>Remaining payment for the original contract 50% $67,500 | 1 | 67,500.00 | 67,500.00 |
| Extra changes | | | |
| **Materials:Steel**<br>4"x4" steel columns and 3"x3" brace frame against the CMU wall | 1 | 5,280.00 | 5,280.00 |
| **Materials:Steel**<br>Install two steel I-Meams approximately 30'-0 LN ft length W- 16x69 and install one steel I-beam approximately 19'-0 LN ft length W-16x40 | 1 | 8,400.00 | 8,400.00 |
| **Credit**<br>Credit for Hanging Wires | 1 | -5,000.00 | -5,000.00 |
| | 1 | 0.00 | 0.00 |

| | |
|---|---|
| PAYMENT | 40,000.00 |
| BALANCE DUE | **$36,180.00** |

**Northern Virginia Resoration Corp.**
14263 Lindendale Rd.
Woodbridge, VA  22193
571-233-5933
Raulnvrc@gmail.com



**NVRC**
NVRConstruction

# INVOICE

**BILL TO**
Compass Coffee
1401 14th St.
NW Washington DC.

**INVOICE #** 282
**DATE** 04/22/2018
**DUE DATE** 04/22/2018
**TERMS** Due on receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Central Place concrete | |
| **Materials:Concrete** | 900.00 |
| Seal all open holes at metal deck before placing concrete | |
| **Materials:Concrete** | 10,300.00 |
| Pour lightweight concrete over metal deck and reinforce with a 6x6 wire mash aprox. 1100 sq ft | |
| **Rental** | 1,400.00 |
| Concrete pump rental fee | |
| **Materials:Concrete** | 1,100.00 |
| Cut control joins 1/8 x 3/4 deep as required | |
| **Profit** | 1,370.00 |
| NVRC 10% profit | |
| NVRC request a 60% down payment $9,042.00 before concrete pour and 40% $6,028.00 final paymet when job is 100% completed | |

| | PAYMENT | 9,042.00 |
|---|---|---|
| | BALANCE DUE | **$6,028.00** |

**Northern Virginia Resoration Corp.**
14263 Lindendale Rd.
Woodbridge, VA  22193
571-233-5933
Raulnvrc@gmail.com



**NVRC**

NVRConstruction

# Invoice

**BILL TO**
Compass Coffee
1401 14th St.
NW Washington DC.

**INVOICE #** 311
**DATE** 09/15/2018
**DUE DATE** 09/15/2018
**TERMS** Due on receipt

| DESCRIPTION | QTY | COST | AMOUNT |
|---|---|---|---|
| Ivy City steel staircase and skylight structure proposal | | | |
| Fabricate and install a new set of stairs with two levels and 3 landings and double stairs in the basement by using MC12X14.3 channel stairs only. No railings or any additional support included. **Labor & Material** Total for these stairs including labor and material | 1 | 32,500.00 | 32,500.00 |
| NVRC owes customer a set of one level stairs on the original quote. This credit will be applied towards the other stairs requested by client. (1 level only) | | | |
| **Labor & Material** Steel Staircase • Staircase will span from the bunker level to the mezzanine to the first floor • Staircase will consist of six (6) stairs and four (4) landings • Steel staircase will consist of 12x14.3 steel channel stingers • Steps will consist of steel pan threads for others to pour concrete • Bunker level will have two stairs leading up to the first landing which will have a third stair leading up to the second landing • Landings will consist of a 12x14.3 Steel channel frame • Install metal deck for others to pour cement • Price does not include railings or hand railings or opening reinforce | 1 | 31,500.00 | 31,500.00 |
| **Labor & Material** Steel skylight structure | 1 | 50,000.00 | 50,000.00 |

| DESCRIPTION | QTY | COST | AMOUNT |
|---|---|---|---|
| • Install six (6) steel skylight structures<br>• Each frame will consist of four (4) steel HSS 4x4x5/16" steel tube column<br>• Steel columns will be welded to steel plates (10x10x½") which will be welded to existing steel trusses<br>• Reinforce columns with new 2½x2½x¼" steel angles<br>• Tube columns will support the W12x19 I-Beams on two opposite sides between the columns<br>• Two HSS 6x4x5/16" tube beams will be installed between the I-Beams to create the skylight frame | | | |
| **Profit**<br>NVRC 10% Profit | 114,000 | 0.10 | 11,400.00 |
| NVRC requires a 50% down payment upon contract signing. Total of $62,700<br>Remaining 50% will be due upon 100% completion of the job. Total of $62,700 | | | |

|  |  |
|---|---|
| PAYMENT | 62,700.00 |
| BALANCE DUE | **$62,700.00** |

# Northern Virginia Restoration...

14263 Lindendale Rd
Woodbridge VA 22193

 Invoice



**Bill To:**
Compass coffe
1401 14th St. Nw Washington,DC

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|------------|-------------|-------|---------|
| 04/15/19 | 280 | | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| | eliason door | | | |
| labor | install eliason door at 800 17th st nw | 1 | 450.00 | 450.00 |
| labor | install eliason door at 1776 eye st nw | 1 | 450.00 | 450.00 |
| labor | install eliason door at 1401 eys st nw | 1 | 450.00 | 450.00 |
| labor | install eliason door at 650 f st nw | 1 | 450.00 | 450.00 |
| profit | NVRC 10% | | 180.00 | 180.00 |
| | | | **Total** | **$1,980.00** |

# Northern Virginia Restoration...

14263 Lindendale Rd
Woodbridge VA 22193



Invoice

| Bill To: |
|---|
| Compass coffe |
| 1401 14th St. Nw Washington,DC |
| |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 04/15/19 | 281 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | compass coffee ivy city invoice additional steel | | | |
| stairs | install shoring to cut a opening for the new set of stairs at north side of the building | | 4,000.00 | 4,000.00 |
| steel | install additional steel columns at front of the building along the cmu wall requested by the owner | | 2,600.00 | 2,600.00 |
| profit | NVRC profit 10% | | 660.00 | 660.00 |
| | | | | |
| | | | **Total** | **$7,260.00** |



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

## Northern Virginia Restoration Corp.
_____
                                          Plaintiff

vs.                                                      Case Number _____

## Compass Coffee, LLC
_____     Defendant
SERVE ON: Michael Haft, Resident Agent
1535 7th Street, NW, Washington, DC 20001

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

                                                    _Clerk of the Court_

Name of Plaintiff's Attorney

Kind & Dashoff, LLC/Richard M. Kind, Esq.  964312      By _____

Address                                                        Deputy Clerk

One Church Lane, Baltimore, MD 21208

**410-486-0808**                                         Date _____

Telephone
如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828        ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                          Demandante

            contra
                                                        Número de Caso: _____

_____
                                          Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                          Por: _____
_____                          Subsecretario
Dirección

                                          Fecha _____
_____
Teléfono
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면 (202) 879-4828 로 연락하십시오     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia
## CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Northern Virginia Restoration Corp.

vs

Compass Coffee, LLC

Case Number: _____

Date: November 5, 2019

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(please print)*<br>Richard M. Kind, Esq. | Relationship to Lawsuit<br>☑ Attorney for Plaintiff |
| Firm Name:<br>Kind & Dashoff, LLC | ☐ Self (Pro Se)<br>Other: _____ |
| Telephone No.:        Six digit Unified Bar No.: 964312<br>3410-486-0808 | |

TYPE OF CASE:   ☑ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury
Demand:$ 135,104.76                Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                                      COLLECTION CASES
☐ 01 Breach of Contract       ☐ 07 Personal Property        ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty       ☐ 09 Real Property-Real Estate ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument    ☐ 12 Specific Performance      ☑ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 _____

**B. PROPERTY TORTS**
☐ 01 Automobile                ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102(a)

**C. PERSONAL TORTS**
☐ 01 Abuse of Process              ☐ 09 Harassment                          ☐ 17 Personal Injury – (Not Automobile,
☐ 02 Alienation of Affection       ☐ 10 Invasion of Privacy                        Not Malpractice)
☐ 03 Assault and Battery           ☐ 11 Libel and Slander                   ☐ 18 Wrongful Death (Not malpractice)
☐ 04 Automobile-Personal Injury    ☐ 12 Malicious Interference              ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)    ☐ 13 Malicious Prosecution              ☐ 20 Friendly Suit
☐ 06 Malpractice Legal             ☐ 14 Malpractice Legal                  ☐ 21 Asbestos
☐ 07 False Arrest                  ☐ 15 Malpractice Medical (Including wrongful death) ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                         ☐ 16 Negligence-(Not Automobile,        ☐ 23 Tobacco
                                        Not Malpractice)                   ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☒ IF USED

# INFORMATION SHEET, Continued

| D. OTHERS<br>I. | | |
|---|---|---|
| ☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation<br>    Under $25,000 Pltf.<br>    Grants Consent<br>☐ 08 Quiet Title<br>☐ 09 Special Writ/Warrants<br>    DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA)<br>    (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify,<br>    Vacate Arbitration Award<br>    (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation<br>    Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation<br>    Over $25,000<br>☐ 28 Motion to Confirm Arbitration<br>    Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage<br>    Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as<br>    Judgment [D.C. Code §<br>    2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code §<br>    42-3301, et seq.) | ☐ 21 Petition for Subpoena<br>    [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1)<br>    (Perpetuate Testimony) |

For individuals not represented by an attorney: ( ) I acknowledge receipt of the Civil Actions Pro Se Handbook.

KIND & DASHOFF, LLC

_____
Signature
    Richard M. Kind    964312

November 5, 2019
_____
Date

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

### CONSENT TO HAVE PROCEEDINGS CONDUCTED BY HEARING COMMISSIONER

Northern Virginia Restoration Corp.
_____
                    Plaintiff

        vs.

Compass Coffee, LLC
_____
                    Defendant

Civil Action No. _____

Consent Granted.   Pursuant to Super. Ct. Civ. R. 40-III and, Super. Ct. Civ. R. 73, plaintiff(s)/defendant(s) hereby consent to have all proceedings in the above captioned case conducted by a hearing commissioner rather than a judge. It is understood that this consent constitutes a waiver of jury trial. It is further understood that this consent may be withdrawn only upon leave of the Presiding Judge of the Civil Division, or that Judge's designee, for good cause shown.

KIND & DASHOFF, LLC

_____     11/5/19
Plaintiff/Defendant                 Date
  Richard M. Kind   964312

_____     _____
Plaintiff/Defendant                 Date

_____     _____
Plaintiff/Defendant                 Date

_____     _____
Plaintiff/Defendant                 Date

Form CV-2025/Jul 94